AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED
June 16, 2025
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. M-25-1416-M |
| Adrian Alberto CASTILLO-CONTADOR | ) | |
| YOB: 1988 MX | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **June 16, 2025** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111 (a)(1) | Whoever forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties and where such acts involve physical contact with the victim of that assault. |

This criminal complaint is based on these facts:

See Attachment A

☒ Continued on the attached sheet.

Approved by AUSA Jose Garcia

/s/ Annette C. Allison
Complainant's signature

Annette C. Allison, HSI Special Agent
Printed name and title

☑ Sworn to telephonically and signed electronically per Fed.R.Cr.4.1

Date: 06/16/2025   4:01p.m.

Judge's signature

City and state: McAllen, Texas

Nadia Medrano, U.S. Magistrate Judge
Printed name and title

# ATTACHMENT A

On June 16, 2025, at approximately 2:15 AM, Adrian Alberto CASTILLO-CONTADOR (hereinafter, CASTILLO-CONTADOR), a citizen of Mexico, attempted to make entry into the United States (U.S.) at the Hidalgo Port of Entry (POE) by foot.

Customs and Border Protection Officers (CBPO) observed CASTILLO-CONTADOR running northbound towards the Hidalgo POE. CBPO J.P. was on official duty and dressed in his official CBP uniform. CASTILLO-CONTADOR briefly complied to CBPO J.P.'s commands, but then began to evade CBPO J.P. by attempting to strike him, subsequently pushing CBPO J.P., resulting in the injury of CBPO J.P. CASTILLO-CONTADOR continued running northbound, attempting to make entry into the U.S., at which point he was apprehended.

Homeland Security Investigations (HSI), Special Agents (SA) responded to the Hidalgo POE to assist in the investigation. HSI SAs along with a CBPO-Enforcement conducted a post Miranda interview of CASTILLO-CONTADOR, regarding his participation in this attempt to unlawfully enter the U.S.

CASTILLO-CONTADOR admitted to assaulting a federal officer.

CBPO J.P. is a CBP Officer employed with the United States government, namely a person designated in Section 1114 of Title 18.